**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking                                                                                             General Court Number
Clerk                                                                                                                        415.522.2000

**August 31, 2007**

CASE NUMBER:  CV 07-04492 EMC
CASE TITLE:  IOLO TECHNOLOGIES LLC-v-PC TOOLS INC

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Saundra B. Armstrong** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/31/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                       Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                                           Special Projects
Log Book Noted                                                                     Entered in Computer 8/31/07


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                                          Transferor CSA