1  Morgan W. Tovey (SBN 136242)
   mtovey@reedsmith.com
2  William Ross Overend (SBN 180209)
   woverend@reedsmith.com
3  James A. Daire (SBN 239637)
   jdaire@reedsmith.com
4  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
5  San Francisco, CA  94111-3922
   Telephone:    +1 415 543 8700
6  Facsimile:    +1 415 391 8269

7  Tamara M. Rudolph (SBN 228940)
   tmrudolph@reedsmith.com
8  REED SMITH LLP
   355 South Grand Avenue, Suite 2000
9  Los Angeles, CA 90071
   Telephone:    213.457.8000
10 Facsimile:    213.457.8080

11 Attorneys for Plaintiff iolo Technologies, LLC

12                 UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                      OAKLAND DIVISION

15 IOLO TECHNOLOGIES, LLC, a California          No.: C-07-04492-SBA
   limited liability company,
16                                               **NOTICE OF VOLUNTARY DISMISSAL
                     Plaintiff,                  OF ACTION**
17
           vs.
18
   PC TOOLS, INC., a Delaware corporation,
19
                     Defendant.
20

21

22

23

24

25

26

27

28

*REED SMITH LLP*
*A limited liability partnership formed in the State of Delaware*

DOCSSFO-12489481.1

NOTICE IS HEREBY GIVEN that, pursuant to a settlement, the terms of which are confidential, Plaintiff iolo Technologies, LLC voluntarily dismisses the above-captioned action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

DATED:  September 5, 2007.

REED SMITH LLP

By  /s/  William R. Overend
William R. Overend
Attorneys for Plaintiff
iolo Technologies, LLC.

DOCSSFO-12489481.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware